**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-25209-AJC**

☐     2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐           Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Mirelys Rey              CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-1776     Last Four Digits of SS# xxx-xx-_____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  60  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

       A.    $ 200.00 for months  1  to  60 ;
       B.    $_____ for months _____ to _____;
       C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                      TOTAL PAID      $2,900.00
                      Balance Due      $ 1,350.00  payable $ 112.50 month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1.  n/a _____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment  $_____/month (Months ___ to ___)
                                  Arrears Payment  $_____/month (Months ___ to ___)
                                  Regular Payment $_____/month (Months ___ to ___)

2. _____     Arrears Payment  $_____
                                  Arrears Payment  $_____/month (Months ___ to ___)
                                  Regular Payment $_____/month (Months ___ to ___)
                                  Arrears Payment  $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxxx8299<br>Prop Add: 12720 NW 9 Street<br>Miami, FL 33182 | Homestead Property<br>$195,660.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  n/a _____     Total Due $_____
                                  Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 67.50 month (Months  1  to  12 ). Pay $180.00/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Home Finance (Loan#xxxx0518) and Chase Home Finance (Loan#xxxx2678) directly outside the plan. The debtor surrenders all interest in the 2010 Toyota Camry financed with World Omni.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
ROBERT SANCHEZ, P.A.
Attorney for Debtor
Date: 08/23/11