UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                          Case No. 11-25209-AJC

Mirelys Rey,                                    Chapter 13

_____/

### DEBTOR'S RESPONSE TO [BANK OF AMERICA] NOTICE OF PAYMENT CHANGE

The debtor, through her undersigned attorney, responds to [BANK OF AMERICA]("Secured Creditor") Notice of Payment Change effective 01/20/12 in the amount of $593.94 and Notice of Payment Change effective 02/20/12 in the amount of $592.58, as follows:

☐ Debtor objects to Secured Creditor's notice of payment change and requests a hearing on this matter. Documentation supporting the payment change was not attached to the notice. Accordingly, debtor requests documentation substantiating said payment change within 14 days of the date of this response.

☑ Debtor objects to Secured Creditor's notice of payment change and requests a hearing on this matter, as the mortgage is being stripped in the confirmed plan.

☐ Debtor does not object to Secured Creditor's notice of payment change and will propose a modified plan to provide for these fees and costs.

☐ Debtor does not object to Secured Creditor's notice of payment change. Due to the demonisms amount of the payment change the debtor will not propose a modified plan to provide for these fees and costs at this time. If a modified plan is filed by the debtor for any other reason, the debtor will provide for the difference due the Secured Creditor. Debtor does not dispute the payment change and acknowledges that the debt is non dischargeable and due upon discharge.

☐ Debtor does not object to Secured Creditor's notice of payment change. Due to the dominium amount of the payment change the Trustee is authorized to increase plan payments to the Secured Creditor by $_____ (aforementioned amount includes Trustee's 10%). The debtor's attorney shall receive $ in compensation. This fee shall be paid via, the chapter 13 plan, or it has been paid directly to the debtor's attorney.

Dated: 02/01/12

_____           /s/ Robert Sanchez, Esq.
Debtor                                    Attorney for Debtor
                                          900 W 49th St, Suite 500
                                          Hialeah, FL 33012
_____           Tel: 305-687-8008
Joint Debtor                              Fax: 305-512-9701

LF-43 (rev. 08/01/11)